249 So.2d 924

**STATE of Louisiana ex rel.
Mark MOORE**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

**No. 51590.**

July 6, 1971.

In re: Mark Moore applying for Writs of Certiorari, Prohibition, Mandamus and Habeas Corpus.

Writ refused. The trial judge is deceas-the time of plea. An evidentiary hearing the time of plea. As evidentiary hearing would be of no avail. The showing made is insufficient to warrant any action by this Court.

■

249 So.2d 924

**STATE of Louisiana**

v.

**Glendale R. SONES.**

**No. 51591.**

July 8, 1971.

In re: Glendale R. Sones applying for writs of mandamus and certiorari.

The application is denied. Relator makes no showing that would warrant the relief prayed for. C.Cr.P. Art. 317.